TJS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JILL S. MEYER,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No.: 2:12-cv-03880-TJS** |
| | : | **(Judge Savage)** |
| **LONGEVITY ALLIANCE, INC.** | : | |
| **and** | : | |
| **KINDERHOOK INDUSTRIES, LLC,** | : | |
| **Defendants.** | : | |

RECEIVED

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and among the undersigned that all claims asserted in this action by Plaintiff, Jill S. Meyer, against Defendants, Longevity Alliance, Inc. and Kinderhook Industries LLC, shall be and are hereby dismissed with prejudice and without costs.

/s/Richard S. Meyer
Richard S. Meyer, Esq.
P.O. Box 184
Bryn Mawr Station
Bryn Mawr, PA 19010
Telephone: (215) 990-0513
Facsimile: (484) 334-7673
E-Mail: rsmeyer@rsmeyerlaborlaw.com
*Attorneys for Plaintiff*

/s/Gregory S. Hyman
Gregory S. Hyman, Esq.
Seth Spiegal, Esq.
Kaufman Dolowich Voluck & Gonzo LLP
1777 Sentry Park West
Gwynedd Hall, Suite 301
Blue Bell, PA 19422
Telephone: (215) 461-1100
Facsimile: (215) 461-1300
E-Mail: Ghyman@kdvglaw.com
Sspiegal@kdvglaw.com
*Attorneys for Longevity Alliance, Inc.*

/s/Tim Stephenson
Tim Stephenson, Esq.
Kirkland & Ellis LLP
655 Fifteenth St. NW, Suite 1200
Washington, DC 20005
Telephone: 202-879-5144
Facsimile: 202-654-9544
E-Mail: Tim.stephenson@kirkland.com
*Attorneys for Kinderhook Industries LLC*

Dated: September 10, 2012

**SO ORDERED** ______________________
TIMOTHY J. SAVAGE, J.